JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DWAYNE EARL GILES, <br><br> Petitioner, <br><br> v. <br><br> ELVIN VALENZUELA, Warden, <br><br> Respondent. | CASE NO. 2:15-cv-07357-JVS (SK) <br><br> **JUDGMENT** |

Pursuant to the Order Denying Habeas Petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus is denied and the action dismissed with prejudice.

DATED: December 18, 2018

HON. JAMES V. SELNA
U.S. DISTRICT JUDGE